UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCAL HONDA,

                Plaintiff,

-against-

MAURO VIEIRA, Ambassador of the Brazilian Nation in UN,

                Defendant.

19-CV-10661 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 3, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed based on sovereign immunity and lack of standing.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 3, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge